IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATALIE ROSSOW,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-444-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Natalie Rossow against defendant Michael J. Astrue awarding plaintiff attorney fees under the Equal Access to Justice Act in the amount of $5,555.75.

_____       1/10/12
Peter Oppeneer, Clerk of Court       Date