IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NATALIE ROSSOW,

                                      Plaintiff,

     v.

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration,

                                      Defendant.

ORDER

11-cv-444-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      David Traver has moved for an award of additional attorney fees under 42 U.S.C. § 406(b) for his work in representing plaintiff Natalie Rossow in this action. Plaintiff's counsel has already received $5,555.75 in fees under the EAJA. He is now seeking $8,090.50, which represents the remaining amount due under 42 U.S.C. § 406(b). Defendant Commissioner has not opposed the motion. In the absence of any objection and because the fee request is well justified, I will grant the motion.

      Plaintiff Natalie Rossow has assigned the payment of the fees and costs to Traver. They are to be paid to Traver if defendant determines that there are no prior debts owed to the government by plaintiff.

1

ORDER

IT IS ORDERED that David Traver is awarded additional attorney fees in the amount of $8,090.50 for his work in representing plaintiff Natalie Rossow in this proceeding. The award of fees is to be made to Traver if defendant determines that plaintiff owes no prior debts to the United States government.

Entered this 4th day of April, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge