IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATALIE ROSSOW,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-444-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Natalie Rossow against defendant Carolyn W. Colvin awarding plaintiff additional attorney fees in the amount of $8,090.50.

| s/K. Jacobson, Deputy Clerk | 4/4/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |